# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN LAMONT WALKER, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-11-813-HE |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

Petitioner Kevin Lamont Walker, a federal prisoner appearing *pro se*, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Robert E. Bacharach, who has recommended that petitioner's claims be dismissed or denied. Petitioner has objected to the Report and Recommendation.

The present petition represents petitioner's fourth or fifth effort to challenge the validity and/or execution of his sentence.[1] All of petitioner's claims have been, or could have been, raised in prior proceedings. For substantially the same reasons set forth in the Report and Recommendation, and mindful of the multiple provisions of federal law designed to avoid multiple, repetitive filings by a petitioner, petitioner's habeas petition is **DENIED**. His "Open Motion" [Doc. #32], motion to supplement record [Doc. #31], and motion for expeditious hearing [Doc. #30] are also **DENIED**.

---

[1]*See e.g., Report and Recommendation, p. 7 nn. 13-14.*

**IT IS SO ORDERED**.

Dated this 6th day of December, 2011.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE